PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Charles Silva                Cr.: 16-00534-001
                                                                    PACTS #: 2884153

Name of Sentencing Judicial Officer:  THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/08/2017

Original Offense:   Count One: Theft/Embezzlement of U.S. Property, 18:641

Original Sentence: 24 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, No New Debt/Credit, Employment Requirements/Restrictions, Self-Employment/Business Disclosure, Other Condition, Financial Disclosure, Forfeiture, Life Skills Counseling, Alcohol Treatment

Type of Supervision: Supervised Release              Date Supervision Commenced: 06/03/2020

## STATUS UPDATE

On March 8th, 2017, Mr. Silva was sentenced to 24 months of imprisonment and 36 months of supervised release for Theft & Embezzlement of U.S. Property. Mr. Silva was ordered to pay restitution of $990,000. Since his supervision commenced, Mr. Silva has paid at least the court ordered $50.00 each month and has paid off $3,259.46 of his restitution and satisfied his Special Assessment of $100. Mr. Silva's term of supervised release is due to expire on June 2nd, 2023, with an outstanding balance of $986,740.54. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision

U.S. Probation Officer Action:
The probation office recommends that no formal Court action be taken, and that the supervision term be allowed to expire as scheduled. The restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  RYAN E. SHUTTS
     SUPERVISION LIC

Prob 12A – page 2
Charles Silva

APPROVED:

_[signature: Steve Alfrey]_      5/17/2023

STEVE ALFREY                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐   **xxNo Formal Court Action to be Taken at This Time and Allow Supervision to Expire as Scheduled on June 2nd, 2023 (as recommended by the Probation Office)**

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

s/Stanley R. Chesler, U. S. D. J. i

Signature of Judicial Officer

5/17/2023
Date